IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CHRIS L. DASHNER,

    Plaintiff,

v.

CSX TRANSPORTATION, INC.,

    Defendant.

Case No. 07-cv-812-JPG

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the jury having rendered a verdict,

IT IS HEREBY ORDERED AND ADJUDGED that judgment in Count I is entered in favor of plaintiff Chris L. Dashner and against defendant CSX Transportation, Inc. in the amount of fifty-seven thousand, seven hundred fifty dollars ($57,750); and

IT IS FURTHER ORDERED AND ADJUDGED that judgment in Count II is entered in favor of plaintiff Chris L. Dashner and against defendant CSX Transportation, Inc. in the amount of twenty-seven thousand dollars ($27,000).

**DATED:  July 30, 2009**        **JUSTINE FLANAGAN, Acting Clerk**

                                        **By:s/Deborah Agans, Deputy Clerk**

**Approved:**   s/ J. Phil Gilbert
               **J. PHIL GILBERT**
               **DISTRICT JUDGE**