UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF THE STATE OF ILLINOIS

File Number 07-812-JPG

| | | |
|---|---|---|
| CHRIS L. DASHNER, | ) | |
| | ) | NOTICE OF APPEAL |
| Plaintiff/Appellee, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CSX TRANSPORTATION, INC., | ) | |
| | ) | |
| Defendant/Appellant. | ) | |

Notice is hereby given that CSX Transportation, Inc., Defendant in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the judgment entered in this action on the 29th day of July, 2009.  Defendant filed its post-trial motion on August 7, 2009.  Defendant's post-trial motion was denied on September 14, 2009.

  /s/ James A. Bax
James A. Bax, #6209604
Boyle Brasher LLC
211 N. Broadway, Suite 2300
St. Louis, MO  63102
(T):  314/621-7700
(F):  314/621-1088

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing Notice of Appeal has been electrically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing, this 13th day of October, 2009, to the following:

Daniel R. Francis  
Francis Law Firm, L.C.  
6654 Chippewa  
St. Louis, MO 63109  
(T): (314)752-3600  
(F): (314) 457-9559  

                                                /s/ James A. Bax