# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

February 5, 2010

To: Nancy J. Rosenstengel
UNITED STATES DISTRICT COURT
Southern District of Illinois
East St. Louis , IL 62201-0000

| | |
|---|---|
| No.: 09-3528 | CHRIS L. DASHNER,<br>Plaintiff - Appellee<br><br>v.<br><br>CSX TRANSPORTATION, INCORPORATED,<br>Defendant - Appellant |

**Originating Case Information:**

District Court No: 3:07-cv-00812-JPG-CJP
Southern District of Illinois
District Judge J. Phil Gilbert

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

| TYPE OF DISMISSAL: | F.R.A.P. 42(b) |
|---|---|

| STATUS OF THE RECORD: | no record to be returned |
|---|---|

**NOTE TO COUNSEL:**

If any physical and large documentary exhibits have been filed in the above-entitled cause, they are to be withdrawn ten (10) days from the date of this notice. Exhibits not withdrawn during this period will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

| **Date:** | **Received by:** |
|---|---|
| 2/5/2010 | s/Deborah Agans, Deputy Clerk |

form name: **c7_Mandate** (form ID: **135**)

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse  
Room 2722 - 219 S. Dearborn Street  
Chicago, Illinois 60604



Office of the Clerk  
Phone: (312) 435-5850  
www.ca7.uscourts.gov

February 5, 2010

| | |
|---|---|
| No.: 09-3528 | CHRIS L. DASHNER,<br>Plaintiff - Appellee<br><br>v.<br><br>CSX TRANSPORTATION, INCORPORATED,<br>Defendant - Appellant |

| **Originating Case Information:** |
|---|
| District Court No: 3:07-cv-00812-JPG-CJP<br>Southern District of Illinois<br>District Judge J. Phil Gilbert |

Upon consideration of the **MOTION TO DISMISS**, filed by Appellant CSX Transportation, Incorporated, on February 4, 2010,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

form name: **c7_FinalOrderWMandate** (form ID: **137**)



CERTIFIED COPY  
A True Copy  
Teste:  
_____ Deputy  
Clerk of the United States  
Court of Appeals for the  
Seventh Circuit.